FILED
CHARLOTTE, N. C.

MAR 2 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:96CR10

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| v. | )<br>) ORDER |
| WILLIAM HENRY COLEMAN, | )<br>) |
| Defendant. | )<br>) |

This matter is before the Court on Defendant's Motion to Excuse Default. Defendant previously filed a Motion for Relief from Final Judgment pursuant to Federal Rule of Civil Procedure 60(b)(6) and a Motion to Expedite Ruling. On January 20, 2006, the Court denied Defendant's Motion for Relief from Final Judgment and dismissed Defendant's Motion to Expedite Ruling as moot. Defendant alleges that he did not receive the Government's response, filed on December 14, 2005, until January 12, 2006, due to problems with the prison's mail system. Defendant subsequently filed a reply to the Government's response on February 2, 2006, after entry of this Court's earlier order. Having reviewed Defendant's reply, the undersigned finds no basis for reconsideration of the previous order. Accordingly, Defendant's motion is DENIED and the matter is DISMISSED.

SO ORDERED

This 17 day of February 2006.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE